**Fill in this information to identify the case:**

Debtor 1: San Juana Jimenez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 16-18758

Form 4100R

# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 5 1

**Property address:** 4501 W 83rd St
Number    Street

Chicago         IL       60652
City            State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 6 / 1 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | San Juana Jimenez | Case number (*if known*) | 16-18758 |
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ **/s/ Molly Slutsky Simons**
Signature

Date 5 / 19 / 2020

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title: **Attorney for Creditor**

Company: **Sottile and Barile, Attorneys at Law**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**        **OH**    **45140**
City    State    ZIP Code

Contact phone ( **513** ) **444** – **4100**

Email **bankruptcy@sottileandbarile.com**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-18758 |
| San Juana Jimenez<br>  aka Juanita Jimenez | Chapter 13 |
| Debtor. | Hon. Judge Timothy A. Barnes |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on May 21, 2020, before the hour of 5:00 p.m.

Danielle E Kancherlapalli, Debtor's Counsel
dkboundaslaw@gmail.com

Rodion Leshinsky, Debtor's Counsel
rleshinsky@semradlaw.com

Patrick Semrad, Debtor's Counsel
psemrad@semradlaw.com

Marilyn O Marshall, Trustee
courtdocs@chi13.com

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

San Juana Jimenez, Debtor
4501 W 83rd St
Chicago, IL 60652

Dated: May 21, 2020                              Respectfully Submitted,

                                                    /s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor